Mathew Higbee, Esq. (SBN 241380)
Hany Gonzalez, Esq. (SBN 335677)
HIGBEE & ASSOCIATES
1504 Brookhollow Drive, Suite 112
Santa Ana, CA 92705
Telephone: (714) 617-8358
Facsimile: (714) 597-6559
Email: mhigbee@higbeeassociates.com
hgonzalez@higbeeassociates.com

Attorneys for Plaintiff
TAMARA WAREKA

Gary L. Eastman, Esq. (SBN 182518)
Sara Gold, Esq. (SBN 328268)
EASTMAN IP
401 W. A Street, Suite 1785
San Diego, CA 92101
Telephone: (619) 230-1144
Facsimile: (619) 230-1194
Email: gary@eastmanip.com
sara@eastmanip.com

Attorneys for Defendant
TRUSPER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRUSPER INC., dba MUSELY, and DOES 1 through 10 inclusive,<br><br>　　　　　　Defendants.<br><br>And related cross and third party claims | Case Number: **3:21-cv-02682-VC**<br><br>**[PROPOSED]** ORDER SETTING CASE MANAGEMENT SCHEDULE<br><br>AS MODIFIED |

Pursuant to the stipulation of the parties, the Court adopts the following case management schedule:

- Last day to amend the pleadings/add parties:
    - **April 5, 2022**
- Close of fact discovery:
    - **August 30, 2022**
- Last day to file dispositive motions:
    - **September 21, 2022**
- Deadline to serve opening expert reports:
    - **October 19, 2022**
- Deadline to serve rebuttal expert reports:
    - **December 14, 2022**
- Close of expert discovery:
    - **December 14, 2022**
- Motions in limine must be filed by:
    - **January 18, 2023**
- All pretrial motions and memoranda of law must be filed by:
    - **January 25, 2023**
- Hearing on dispositive motions:
    - ~~February 1, 2023~~ December 8, 2022
- Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed by:
    - **February 15, 2023**
- Final pretrial conference:
    - ~~February 23, 2023~~ February 21, 2023
- Trial shall be held on:
    - **March 20, 2023**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 12, 2022

Hon. Vince Chhabria
U.S. District Judge

*IT IS SO ORDERED* — Judge Vince Chhabria

# CERTIFICATE OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On April 7, 2022, at my place of business in San Diego, California, I served a copy of the following document:

**[PROPOSED] ORDER SETTING CASE MANAGEMENT SCHEDULE**

via ECF. The undersigned hereby certifies that he caused a copy of the foregoing document to be served on all parties in the action by filing this document with the clerk of the U.S. District Court, Northern District of California, using the CM/ECF filing system.

I certify and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 7, 2022, in San Diego, California.

By:   /s/ Sara Gold
                              Sara Gold